# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 16-31100-JCW
**Case Name:** BRADLEY CONSTRUCTION INC
**For the Period Ending:** 7/11/2018

**Trustee Name:** A. Burton Shuford
**Date Filed (f) or Converted (c):** 07/01/2016 (f)
**§341(a) Meeting Date:** 10/19/2016
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | BB&T Operating Account 6277 | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | Subject to BB&T lien of $41,000 | | | | | |
| 2 | BB&T Operating Account 1406 | $10,738.58 | $0.53 | | $0.00 | FA |
| **Asset Notes:** | BB&T lien | | | | | |
| 3 | Stamped Envelopes | $50.00 | $50.00 | | $0.00 | $0.00 |
| **Asset Notes:** | de min value | | | | | |
| 4 | Deposit - Auto Owner's Insurance (Worker's Comp., General Liability, etc.) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | ALL FUNDS SENT DIRECTLY TO BB&T VIA JAMES LIVERMON | | | | | |
| 5 | Pre-Payment - Porta Jon | $70.00 | $70.00 | | $0.00 | $0.00 |
| **Asset Notes:** | de min value | | | | | |
| 6 | Pre-Payment - City Electric Accounts | $480.96 | $480.96 | | $0.00 | $480.96 |
| 7 | Pre-Payment - Associated Scaffolding | $84.35 | $84.35 | | $0.00 | $84.35 |
| 8 | A/R - 90 days old or less | $182,400.51 | $182,400.51 | | $0.00 | $182,400.51 |
| 9 | A/R - over 90 days old - Face Amount of $1,169,498.73 Less $498.327.24 Doubtful | $671,171.49 | $671,171.49 | | $0.00 | $671,171.49 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

**Case No.:** 16-31100-JCW
**Case Name:** BRADLEY CONSTRUCTION INC
**For the Period Ending:** 7/11/2018

**Trustee Name:** A. Burton Shuford
**Date Filed (f) or Converted (c):** 07/01/2016 (f)
**§341(a) Meeting Date:** 10/19/2016
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 10 | TV/Mounting Brackets ($100); TV Mounting Brackets ($50); Dry Erase Board ($300); TV/Mounting Brackets($100); 2 Drawer File Cabinet ($50); 2 Drawer File Cabinet ($50); Desk ($10); Chair ($10); Chair ($10); Desk Chair ($25); Printer ($50); Chair ($15); Chair ($15); Monitor ($75); Color Printer-Jack ($200); Desk - 2 Piece ($100); Desk Chair ($50); Bookcase ($20); Chair ($50); Chair ($50; Metal Bookcase ($75); Metal Bookcase ($75); Metal Bookcase w/2 Drawers ($100); Metal Bookcase w/2 Drawers ($100); Drawing Stand w/Hangers($10); Conference Table ($1,500); 8 Chairs ($800); Seating Chair ($375); Laptop ($100); Small Refrigerator ($50); Wall of Picture Frames ($25); Fax Machine ($100); Sorter File ($1); Desk Chair ($50); Desk w/Return ($150); Desk; ($100); Round Table ($50); Drafting Table Small ($100); Tan 3 Drawer File ($75); 5 Drawer File Cabinet ($250); 5 Drawer File Cabinet ($250); 5 Drawer File Cabinet ($250); Office Chair ($25); Office Chair ($25); Office Chair ($50); 2 Side Chairs ($40); Printer ($50); Printer ($125); Monitor ($50); Monitor ($50); Printer ($175); Microwave ($40); Breakroom Supplies ($250); Plotter ($2,000); Color Pinter - Jill $400); Misc. Office Supplies ($500); Rack and Other Equipment in Closet ($500); Server ($1,000); Laptops ($300) | $11,496.00 | $11,496.00 | | $0.00 | $0.00 |

**Asset Notes:** Not worth administering - per email from Sonny Weeks dated 10/25/16

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

**Case No.:** 16-31100-JCW
**Case Name:** BRADLEY CONSTRUCTION INC
**For the Period Ending:** 7/11/2018

**Trustee Name:** A. Burton Shuford
**Date Filed (f) or Converted (c):** 07/01/2016 (f)
**§341(a) Meeting Date:** 10/19/2016
**Claims Bar Date:**

| 1 | | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 11 | Volkswagen 2015 Passat 4S - Diesel (CarMax) | | $20,000.00 | $0.00 | | $0.00 | FA |
| 12 | Ford F-250 (CarMax) | | $3,000.00 | $2,500.00 | | $2,500.00 | FA |
| 13 | Lease - 1111 Hawthorne Lane, Suite 200 | | $0.00 | $0.00 | | $0.00 | $0.00 |
| 14 | Lease - 1720 Hillsborough St., Raleigh | | $0.00 | $0.00 | | $0.00 | $0.00 |
| 15 | Note Receivable from Fairwood Construction | (u) | $15,000.00 | $8,000.00 | | $8,000.00 | FA |
| **Asset Notes:** | BB&T lien | | | | | | |
| 16 | Breach of Contract | | Unknown | $0.00 | | $0.00 | $0.00 |
| 17 | Preference Recovery - Penry Riemann | (u) | $0.00 | $20,000.00 | | $20,000.00 | FA |
| 18 | Overpayment on Piedmont Natural Gas Account | (u) | $0.00 | $8.83 | | $8.83 | FA |
| 19 | Settlement with Doug Bradley | (u) | $22,000.00 | $22,000.00 | | $22,000.00 | $0.00 |
| 20 | Settlement with The Daily Details | (u) | $0.00 | $2,000.00 | | $2,000.00 | $0.00 |
| 21 | Wells Fargo - Refund of Estimated Property Tax/Account Closed | (u) | $0.00 | $17.46 | | $17.46 | $0.00 |
| 22 | Preference Recovery - Atlantic Commercial Caseworks | (u) | $0.00 | $8,500.00 | | $8,500.00 | $0.00 |
| 23 | Preference Recovery - Binswanger Enterprises | (u) | $0.00 | $16,526.00 | | $16,526.00 | $0.00 |
| 24 | Preference Recovery - Murawski Plumbing | (u) | $0.00 | $5,384.00 | | $5,384.00 | $0.00 |
| 25 | Preference Recovery - L.S. Williams Electric Co., Inc. | (u) | $0.00 | $23,000.00 | | $23,000.00 | $0.00 |
| 26 | Preference Recovery - South Fair Electric | (u) | $0.00 | $15,000.00 | | $15,725.14 | $0.00 |
| 27 | Preference Recovery - J L Painting dba Juan Lopez | (u) | $0.00 | $6,000.00 | | $6,000.00 | $0.00 |
| 28 | Remnant Assets | (u) | $0.00 | $5,000.00 | | $5,000.00 | $0.00 |
| 29 | CompuCom Settlement | (u) | $0.00 | $24,000.00 | | $24,000.00 | $0.00 |
| 30 | AT Matthews Settlement | (u) | $0.00 | $6,000.00 | | $6,000.00 | $0.00 |
| **TOTALS (Excluding unknown value)** | | | **$936,491.89** | **$1,029,690.13** | | **$164,661.43** | **Gross Value of Remaining Assets** **$854,137.31** |

**Major Activities affecting case closing:**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 16-31100-JCW
**Case Name:** BRADLEY CONSTRUCTION INC
**For the Period Ending:** 7/11/2018

**Trustee Name:** A. Burton Shuford
**Date Filed (f) or Converted (c):** 07/01/2016 (f)
**§341(a) Meeting Date:** 10/19/2016
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

07/08/2018 NOTES

1 2 18 Receipt of order approving settlement with L.S. Williams. Prepare Writ of Execution related to Juan Lopez dba JL Painting. Calculate interest. Arrange for payment of filing fee. Arrange for payment for service by Mecklenburg County Sheriff. Forward Writ and checks to Mecklenburg County Clerk for filing. sxb

1 4 18 Respond to MCC request for business tax info. sxb

1 22 18 Prepare notes for SAR. Forward to ABS. sxb

1 30 18 Finalize and file 941 for 2Q 2016 as instructed by Ed Bowers. sxb

1 31 18 Finalize and file SAR with WDNC. sxb

02/05/2018 11:27am SXB Prepare cover letter to Betty Martin at Mecklenburg County Court. Prepare check for cost of transcription to Cabarrus County. Prepare check to Cabarrus County Sheriff for cost of service on Juan Lopez dba JL Painting. Forward all to Ms. Martin. Update TABS.

2 8 18 Receipt of notification from MCC of partial payment on judgment against South Fair. Receipt of $23K payment from L.S. Williams. EM to ABS. sxb

2 12 18 Call from Darla Henry at Integrity Bank regarding issues w th check from L. S. Williams. Several exchanges with Ms. Henry regarding same. sxb

02/13/2018 12:52pm ABS - email to Scott Williams re settlement check error.

2 13 18 Receipt of information for Integrity Bank regarding check written by L.S. Williams. Forward information to ABS for handling. Call to MCC regarding payment made by South Fair Electric on judgment. Provide update to ABS. EM to Debtor. sxb

2 16 18 Receipt of payment from L.S. Williams to supplement check with incorrect amount. Deposit same via Federal Express. sxb

2 23 18 Call from TES regarding best way to correct error with L.S. Williams deposit. Receipt of funds from South Fair judgment collection. Follow up with ABS. sxb

2 26 18 Receipt of payment on judgment against South Fair Electric. Deposit same via TES scan. sxb

3 20 18 Receipt of settlement payment from J L Painting. Deposit same via Federal Express. sxb

3 21 18 Finalize and file motion to approve settlement (Lopez) with WDNC. Serve case wide. Calendar hearing and order reminders. sxb

3 28 18 Call to Cabarrus County Sheriff's office regarding WOE. Transferred several times before leaving message. Call from Cabarrus County Sheriff's office. Discuss status of WOE. Prepare correspondence on letterhead and send via email to Sherrie Allman asking that they return WOE and explaining debt has been paid. Update to ABS. sxb

4 2 18 Call from Deputy Brancum in Cabarrus County Sheriff's office regarding WOE. Follow up with ABS regarding payment of commission. EM from Deputy Brancum with supporting information. Forward to ABS. sxb

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 16-31100-JCW
**Case Name:** BRADLEY CONSTRUCTION INC
**For the Period Ending:** 7/11/2018

**Trustee Name:** A. Burton Shuford
**Date Filed (f) or Converted (c):** 07/01/2016 (f)
**§341(a) Meeting Date:** 10/19/2016
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

4 9 18 Review docket. Draft order approving settlement with Juan Lopez and forward to ABS for review. Draft ex parte motion to pay commission to Cabarrus County Sheriff for services performed related Writ of Execution against Juan Lopez dba JL Painting. Draft corresponding ex parte order and prepare exhibit to motion. Forward all to ABS for review. Research regarding statute on domestication. Forward to ABS. Finalize and file motion to pay commission to Cabarrus County Sheriff's Office on Lopez WOE. Serve as appropriate. Finalize and submit corresponding order to WDNC for Judge's signature and entry into docket. sxb

4 10 18 Finalize and submit order approving settlement with JL Painting to WDNC for Judge's signature and entry into docket. Receipt of order approving settlement with JL Painting. Receipt of order allowing payment to Cabarrus County Sheriff's Office. Prepare check for same. Forward to ABS for signature. sxb

4 25 18 Draft cancellation of judgment and forward to ABS for review. Finalize and file cancellation of J L Lopez judgment with Mecklenburg County Court. sxb

5 2 18 Forward copy of cancellation of judgment against Juan Lopez dba JL Painting to Jorge Gonzalez. sxb

05/16/2018 12:16pm ABS - review file re CompuCom and Aqua Tots CompuCom.

05/18/2018 10:26am ABS - email exchange with Kaplan re sale of remnant assets, less the CompuCom and Aqua Tots accounts receivable, for $5000.

05/21/2018 12:24pm ABS - telephone conference with John Woodman re AT and CC cases.

05/22/2018 11:23am ABS - telephone conference with John Woodman - has settled CC

5 22 18 Discuss motion to sell remnants with ABS. Review and revise motion to sell remnant assets. Discussion with ABS regarding same. Work on motion to sell remnant assets, notice and certificate of service. sxb

05/23/2018 01:30pm ABS - John Woodman has sent settlement agreement to CC for review

5 23 18 Finalize and file motion to sell remnant assets, notice and certificate of service with WDNC. Serve on limited matrix. Calendar hearing and order reminders. Arrange for payment of filing fee. Review settlement agreement related to Aqua Tots. EM to ABS regarding same. sxb

05/24/2018 07:06am ABS - send AT settlement agreement with revisions to John Woodman

5 24 18 Review Aqua Tots agreement and follow up with ABS regarding same. sxb

5 31 18 Print settlement agreement for ABS' signature. EM signed settlement agreement to interested parties with comment regarding drafting motion to approve settlement. sxb

6 1 18 Prepare W9 and forward to Compucom as requested. Review and revise motion to approve settlement with Compucom. Follow up with ABS regarding same. EM to Margaret Gibson and Paul Gagnier. EM from Mr. Gagnier. Prepare exhibit. Prepare and forward motion to approve settlement to interested parties for review prior to filing. EM from Mr. Gagnier. sxb

6 4 18 Draft motion to approve settlement of Aqua Tots matter. EM to John Woodman regarding service information for Aqua Tots. EM to ABS regarding review of motion. sxb

6 5 18 Review exchanges between ABS and John Woodman. EM to ABS regarding CompuCom motion to approve settlement. Several

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 16-31100-JCW | **Trustee Name:** | A. Burton Shuford |
| **Case Name:** | BRADLEY CONSTRUCTION INC | **Date Filed (f) or Converted (c):** | 07/01/2016 (f) |
| **For the Period Ending:** | 7/11/2018 | **§341(a) Meeting Date:** | 10/19/2016 |
| | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

exchanges with ABS and John Woodman regarding revisions to motion to approve settlement with CompuCom. Begin updating service Certificate of Service for motion to approve settlement with Aqua Tots. Multiple exchanges with John Woodman. Update service list for motion to approve settlement with CompuCom and remove same from motion to approve settlement with Aqua Tots. Major revisions to CompuCom motion. Resend same to ABS. Resend Aqua Tots to ABS. sxb

6 6 18 Exchanges with ABS regarding CompuCom motion and service issues. Work on documents. sxb

6 11 18 Finalize and submit order approve remnant sale to WDNC for Judge's signature and entry into docket. Call from John Woodman regarding AquaTots and CompuCom documents. Receipt of order grant motion to sell remnant assets. sxb

6 12 18 Discuss settlement status with ABS. Obtain ABS' signature on Aqua Tots settlement agreement. Forward same to John Woodman as requested. Re-send draft motion to approve CompuCom settlement to interested parties for review. Send draft motion to approve AquaTots settlement to interested parties for review. Print documents from Oak Point for ABS' review and signature. sxb

6 13 18 Work on motion to approve Compucom and Aqua Tots settlement. Exchanges with interested parties. sxb

6 14 18 Exchanges with Ashley Tison. Finalize and file motion to approve settlement with CompuCom with WDNC. Finalize and file motion to approve settlement with AT Matthews with WDNC. Serve both case wide (limited matrix) and as noted in COS. Calendar hearing and order reminders. Receipt and review of paperwork and check from Oak Point Partners. Deposit payment via TES scan. Notarize, copy and return documents to Oak Point via FedEx as requested. sxb

6 15 18 Send FedEx to Oak Point Partners. Call from Ashley Edwards representing Heywood, Inc. requesting Trustee's confirmation that we have not objection to abandoning property. EM from ABS regarding motion to abandon. Work on POC's. sxb

6 20 18 Receipt of notification of returned deposit related to Oak Point. EM to Integrity Bank for additional information. Update to ABS regarding returned check from Oak Point. Call from All Interiors in New Hampshire regarding motion to settle CompuCom matter. Motion was forwarded in error by CT Corp. EM from Darla Henry at Integrity regarding returned check. Discuss same with ABS. Scan copy of check and forward email to ABS for handling. Forward wiring instructions to Janice Alwin at Oak Point. Receipt of wire to replace returned check. EM to Oak Point. sxb

6 21 18 Notice of wire received. Reverse deposit of returned check from Oak Point. Book wire from Oak Point. Work on claims analysis. sxb

6 25 18 Work on Claims Analysis. Pull information on settlements referenced in claims analysis and forward to ABS. sxb

6 26 18 Work on claims analysis. Provide update to ABS. Discuss claims analysis with ABS. sxb

01/22/2018 NOTES
07/17/2017 NOTES
01/12/2017 NOTES

**Initial Projected Date Of Final Report (TFR):**
**Current Projected Date Of Final Report (TFR):** 08/30/2018

/s/ A. BURTON SHUFORD
A. BURTON SHUFORD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-31100-JCW | **Trustee Name:** | A. Burton Shuford |
| **Case Name:** | BRADLEY CONSTRUCTION INC | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***0653 | **Checking Acct #:** | ******1100 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 7/1/2016 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/11/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/25/2016 | (12) | Douglas K. Bradley | Purchase of Ford F-250 | 1129-000 | $2,500.00 | | $2,500.00 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.65 | $2,499.35 |
| 11/21/2016 | (17) | Penry Riemann PLLC | Preference Recovery Payment | 1149-000 | $5,000.00 | | $7,499.35 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.24 | $7,493.11 |
| 12/12/2016 | (18) | Piedmont Natural Gas Company | Refund of overpayment | 1290-000 | $8.83 | | $7,501.94 |
| 12/20/2016 | (17) | Penry Riemann PLLC | Preference Recovery - Penry Riemann | 1141-000 | $5,000.00 | | $12,501.94 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.96 | $12,486.98 |
| 01/17/2017 | 5001 | Shred-It USA | Destruction of Records | 2990-000 | | $200.00 | $12,286.98 |
| 01/25/2017 | (17) | Penry Riemann PLLC | Preference Recovery | 1141-000 | $5,000.00 | | $17,286.98 |
| 01/31/2017 | (19) | Douglas K. Bradley | Payment on Settlement | 1249-000 | $7,000.00 | | $24,286.98 |
| 01/31/2017 | (19) | Beverly & Douglas Bradley | Payment on Settlement | 1249-000 | $15,000.00 | | $39,286.98 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.60 | $39,265.38 |
| 01/31/2017 | 5002 | BB&T | Settlement of secured debt on accounts & equipment | 8500-002 | | $6,027.03 | $33,238.35 |
| 02/22/2017 | (17) | Penry Riemann PLLC | Preference Recovery | 1141-000 | $5,000.00 | | $38,238.35 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $52.60 | $38,185.75 |
| 03/27/2017 | (15) | Fairwood Construction LLC | Payment on Note | 1121-000 | $4,000.00 | | $42,185.75 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $62.43 | $42,123.32 |
| 04/05/2017 | (20) | The Daily Details, LLC | Settlement Funds | 1249-000 | $2,000.00 | | $44,123.32 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $68.35 | $44,054.97 |
| 05/02/2017 | 5003 | A. BURTON SHUFORD | Fee order doc #126 | 3110-000 | | $19,693.50 | $24,361.47 |
| 05/02/2017 | 5004 | A. BURTON SHUFORD | Fee order doc #126 | 3120-000 | | $1,235.15 | $23,126.32 |
| 05/04/2017 | 5005 | U.S.BANKRUPTCY COURT | Filing Fees - 4 APs | 2700-000 | | $1,400.00 | $21,726.32 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $36.23 | $21,690.09 |
| 06/01/2017 | (15) | Fairwood Construction LLC | Final payment on truck | 1121-000 | $4,000.00 | | $25,690.09 |
| 06/06/2017 | 5006 | Douglas Bradley | For Release of Lien on Fairwood Constuction 2012 Ford | 4210-000 | | $5,931.00 | $19,759.09 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.49 | $19,728.60 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.31 | $19,699.29 |
| 08/09/2017 | 5007 | Mecklenburg County Clerk | Domestication of three judgments | 2700-000 | | $550.00 | $19,149.29 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.89 | $19,120.40 |
| 09/13/2017 | (21) | Wells Fargo Vendor Fin Serv | Refund of estimated property tax/acct closed | 1290-000 | $17.46 | | $19,137.86 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.50 | $19,110.36 |
| 10/03/2017 | (22) | THE WELKWOOD GROUP, INC. | PAYMENT ON SETTLEMENT | 1249-000 | $2,000.00 | | $21,110.36 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.07 | $21,079.29 |
| | | | | **SUBTOTALS** | $56,526.29 | $35,447.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-31100-JCW | **Trustee Name:** | A. Burton Shuford |
| **Case Name:** | BRADLEY CONSTRUCTION INC | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***0653 | **Checking Acct #:** | ******1100 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 7/1/2016 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/11/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/10/2017 | 5008 | A. BURTON SHUFORD | Fee Order Doc #147 | 3110-000 | | $12,500.00 | $8,579.29 |
| 11/13/2017 | (23) | Binswanger Enterprises, LLC | Settlement of Preference | 1249-000 | $16,526.00 | | $25,105.29 |
| 11/20/2017 | (24) | Murawski Plumbing | Settlement of Preference | 1141-000 | $5,384.00 | | $30,489.29 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.77 | $30,454.52 |
| 12/21/2017 | (22) | The Welkwood Group, Inc. | PAYMENT ON SETTLEMENT | 1141-000 | $6,500.00 | | $36,954.52 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $47.11 | $36,907.41 |
| 01/02/2018 | 5009 | A. BURTON SHUFORD | Fee order at #147 | 3110-000 | | $14,621.00 | $22,286.41 |
| 01/02/2018 | 5010 | A. BURTON SHUFORD | Fee order at #147 | 3120-000 | | $2,043.30 | $20,243.11 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $33.17 | $20,209.94 |
| 02/09/2018 | (25) | L.S. WILLIAMS ELECTRIC CO., INC. | Settlement of Preference - error on check | 1241-000 | $23,000.00 | | $43,209.94 |
| 02/16/2018 | (25) | L. W. WILLIAMS ELECRIC CO, INC. | BALANCE OF PREFERENCE SETTLEMENT | 1241-000 | $22,977.00 | | $66,186.94 |
| 02/23/2018 | (25) | DEP REVERSE: L.S. WILLIAMS ELECTRIC | Settlement of Preference - error on check | 1241-000 | ($23,000.00) | | $43,186.94 |
| 02/23/2018 | (25) | L.S. WILLIAMS ELECTRIC CO. | Deposit was made on 2/9 but it was entered incorrectly due to error on check. That deposit was reversed and this one made in its place. | 1241-000 | $23.00 | | $43,209.94 |
| 02/26/2018 | (26) | CLERK OF SUPERIOR COUT | Settlement of Judgment - South Fair Electric Preference | 1241-000 | $15,725.14 | | $58,935.08 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $37.45 | $58,897.63 |
| 03/20/2018 | (27) | J L PAINTING | PAYMENT ON SETTLEMENT | 1241-000 | $6,000.00 | | $64,897.63 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $90.37 | $64,807.26 |
| 04/10/2018 | 5011 | Cabarrus County Sheriff's Office | Per order at doc #154 | 3991-320 | | $162.50 | $64,644.76 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $93.08 | $64,551.68 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $95.90 | $64,455.78 |
| 06/14/2018 | (28) | OAK POINT PARTNERS | SALE OF REMNANT ASSETS | 1129-000 | $5,000.00 | | $69,455.78 |
| 06/20/2018 | (28) | DEP REVERSE: OAK POINT PARTNERS | SALE OF REMNANT ASSETS | 1129-000 | ($5,000.00) | | $64,455.78 |
| 06/21/2018 | (28) | OAK POINT PARTNERS LLC | Wire to replace return check related to sale of remnant assets | 1229-000 | $5,000.00 | | $69,455.78 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $96.02 | $69,359.76 |
| 07/06/2018 | (29) | COMPUCOM SYSTEMS | SETTLEMENT PAYMENT | 1249-000 | $24,000.00 | | $93,359.76 |
| 07/09/2018 | (30) | A T MATTHEWS | SETTLEMENT PAYMENT | 1249-000 | $6,000.00 | | $99,359.76 |

| | | |
|---|---|---|
| **SUBTOTALS** | $108,135.14 | $29,854.67 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-31100-JCW | **Trustee Name:** | A. Burton Shuford |
| **Case Name:** | BRADLEY CONSTRUCTION INC | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***0653 | **Checking Acct #:** | ******1100 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 7/1/2016 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/11/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $164,661.43 | $65,301.67 | $99,359.76 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $164,661.43 | $65,301.67 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $164,661.43 | $65,301.67 | |

**For the period of 7/1/2016 to 7/11/2018**

| | |
|---|---|
| Total Compensable Receipts: | $164,661.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $164,661.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59,274.64 |
| Total Non-Compensable Disbursements: | $6,027.03 |
| Total Comp/Non Comp Disbursements: | $65,301.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/25/2016 to 7/11/2018**

| | |
|---|---|
| Total Compensable Receipts: | $164,661.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $164,661.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59,274.64 |
| Total Non-Compensable Disbursements: | $6,027.03 |
| Total Comp/Non Comp Disbursements: | $65,301.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 16-31100-JCW | **Trustee Name:** | A. Burton Shuford |
| **Case Name:** | BRADLEY CONSTRUCTION INC | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***0653 | **Checking Acct #:** | ******1100 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 7/1/2016 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/11/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $164,661.43 | $65,301.67 | $99,359.76 |

**For the period of 7/1/2016 to 7/11/2018**

| | |
|---|---|
| Total Compensable Receipts: | $164,661.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $164,661.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59,274.64 |
| Total Non-Compensable Disbursements: | $6,027.03 |
| Total Comp/Non Comp Disbursements: | $65,301.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/01/2016 to 7/11/2018**

| | |
|---|---|
| Total Compensable Receipts: | $164,661.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $164,661.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59,274.64 |
| Total Non-Compensable Disbursements: | $6,027.03 |
| Total Comp/Non Comp Disbursements: | $65,301.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ A. BURTON SHUFORD

A. BURTON SHUFORD